IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON EUGENE LACY PLAINTIFF

v. Civil No. 07-5200

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on November 6, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Brandon Eugene Lacy, complete and sign the attached addendum to his complaint, and return the same to the court **by January 21, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by January 21, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 27th day of December 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON EUGENE LACY                                                                            PLAINTIFF

      v.                              Civil No. 07-5200

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY                                                              DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:  BRANDON EUGENE LACY

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants.  Accordingly, it is required that you fill out this form and send it back to the court **by January 21, 2008.**  Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

      In your complaint, you allege that you were jumped by fellow inmates on August 5, 2007, while in D-pod.  You indicate the deputies on duty took you out of the pod and asked you to identify the inmates who jumped you.  When you could not identify the inmates, you were placed back into the same pod.

AO72A
(Rev. 8/82)

About four to five hours later, you state you were jumped again and this time your collar bone was broken. You indicate you are naming Sheriff Keith Ferguson and Captain Hunter Petray as defendants because they are in charge of the jail.

1. Provide the dates of your incarceration at the Benton County Detention Center (BCDC). (In answering, be specific).

Answer:

________________________________________________

________________________________________________

________________________________________________

________________________________________________

2. Are you incarcerated at the BCDC solely because of pending criminal charges?

Answer: Yes __________ No ____________.

If you answered yes, please state what charges are pending against you.

________________________________________________

________________________________________________

________________________________________________

________________________________________________

If you answered no, please state whether you are serving a sentence or if your probation, parole, or supervised release has been revoked.

________________________________________________

________________________________________________

AO72A
(Rev. 8/82)

______________________________________________________________________

3. Before August 5, 2007, had you reported to any employees of the BCDC that you believed you were in danger of being attacked by other inmates in D pod?

Answer: Yes _______ No _______.

If you answered yes, please explain in detail: (a) who you reported this to; (b) when you reported it; and (c) why you believed you were in danger.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

4. Please provide the names of the deputies who removed you from the pod after the first time you were jumped on by other inmates. If you do not have their names, please state the time you were first jumped on and provide any other information that might assist the court in identifying the deputies involved.

Answer:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

5. When you were placed back into D pod, did you protest and indicate you were afraid you would be in danger?

Answer: Yes ______ No ______.

If you answered yes, please indicate what you said to the deputies and how they responded.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

If you answer no, please explain why you did not protest being placed back in the same pod where you had been attacked.

AO72A
(Rev. 8/82)

6. You indicate you were attacked again four or five hours later. Please state: (a) who attacked you; (b) how many inmates attacked you; (c) describe your injuries; and (d) state whether the same deputies responded when you were attacked this time.

Answer:

AO72A
(Rev. 8/82)

      7. Have you named Captain Petray as a defendant solely because he is a supervisor at the jail?

Answer: Yes _______ No _______.

If you answered no, please explain how you believe Captain Petray violated your federal constitutional rights.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

8. Have you named Sheriff Ferguson as a defendant solely because he is a supervisor at the jail?

Answer: Yes _________ No __________.

If you answered no, please explain how you believe Sheriff Ferguson violated your federal constitutional rights.

AO72A
(Rev. 8/82)

9. Was Captain Petray present when you were attacked?

Answer: Yes _________ No __________.

If you answered yes, please explain what Captain Petray was doing.

10. Was Sheriff Ferguson present when you were attacked?

AO72A
(Rev. 8/82)

Answer: Yes _________ No __________.

If you answered yes, please explain what Sheriff Ferguson was doing.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

11. Do you contend a custom or policy of Benton County was the moving force behind the violation of your federal constitutional rights?

Answer: Yes _______ No _______.

If you answered yes, please explain in detail the custom or policy and how it operated to violate your federal constitutional rights.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

BRANDON EUGENE LACY

DATE

AO72A
(Rev. 8/82)