IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON EUGENE LACY                                                                        PLAINTIFF

v.                           Civil No. 07-5200

CAPTAIN HUNTER PETRAY; ET AL.                                                         DEFENDANTS

## **ORDER**

Plaintiff has filed a motion (Doc. 72) asking that he be transported to the Washington County Detention Center the day prior to the trial rather than being transported the morning of trial. He maintains this will allow him to be well rested for the trial.

The motion (Doc. 72) is denied. The court will not interfere with the decisions of the Arkansas Department of Correction with regard to when they transport inmates.

IT IS SO ORDERED this 27th day of August 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)