IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON EUGENE LACY                                                                    PLAINTIFF

    v.                              Civil No. 07-5200

CAPTAIN HUNTER PETRAY; ET AL.                                                   DEFENDANTS

## JUDGMENT

This action came to trial before the Court. For the reasons stated in the memorandum opinion of this date, the Court finds that the Plaintiff recover nothing and that the Complaint (Doc. 1) should be and hereby is **DISMISSED** with prefudice.

IT IS SO ORDERED this 23rd day of November 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)